83,356-01

OCTOBER 23RD, 2015

THOMAS D. CROSS JR
TDCJ-ID #1721248
BETO UNIT
1391 FM 3328
TENNESSEE COLONY, TX 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta, Clerk

COURT OF CRIMINAL AB APPEALS
CLERK OF COURT — ABEL ACOSTA
P.O. BOX 12308 — CAPITOL STATION
AUSTIN, TEXAS 78711

RE: EXPARTE THOMAS DARRELL CROSS, TRIAL CT # CR27615-B
COURT OF CRIMINAL APPEAL NO, WR-83,356-01

DEAR CLERK:

ON JUNE 24TH, 2015, THIS COURT REMANDED MY CASE BACK
TO THE TRIAL COURT ORDERING THE COMPLETION OF AN EVIDENT-
IARY INVESTIGATION, THE ENTERING OF A FINDING OF FACT AND
CONCLUSIONS OF LAW. THE DEADLINE FOR THE ORDER WAS OCTOBER
18TH, 2015. THE TRIAL COURT HAS NOT COMPLIED WITH THIS ORDER
AND IS OF THIS DATE IN NON-COMPLIANCE THERETO.

CAN YOU PLEASE BRING THIS FACT TO THE COURTS ATTENTION SO
THAT IT MAY TAKE ANY ACTION NECESSARY TO GET THIS ISSUE
RESOLVED. THANK YOU.

RESPECTFULLY

THOMAS D. CROSS